HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE PETER BECK, a single man, and SANDRA RADCLIFFE-BECK, a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE INC., a Virginia Corporation and subsidiary of Morgan Stanley, et al.<br><br>Defendants. | Case No. C09-5454RBL<br><br>ORDER STAYING FORECLOSURE SALE AND SETTING ORAL ARGUMENT ON TRO |

THIS MATTER is before the Court on Plaintiffs' Motion for a Temporary Restraining Order [Dkt. #4]. Plaintiff's seek to restrain the foreclosure sale of their home, which is currently scheduled for August 7. The Complaint in this action was filed July 28, and the Motion for a TRO was filed July 29. It is not clear that any of the defendants have been served, and none have appeared.

The Court is unavailable the week of August 3. In order to preserve the status quo pending the defendants' responses and an opportunity for oral argument, the pending foreclosure sale related to property commonly known as 620 Winlock Vader Road, Winlock WA, 98596 is temporarily STAYED, until further Order of this Court.

IT IS FURTHER ORDERED that the Oral Argument on the Plaintiffs' Motion for a TRO shall be heard at the United States District Court for the Western District of Washington at Tacoma, Courtroom B, before this Court on Friday August 14, 2009, at 2:00 p.m.

ORDER
Page - 1

1     The Plaintiffs shall use all reasonable efforts to expeditiously serve each defendant with the
2 Summons and Complaint, the Motion for a TRO and supporting documentation, and this Order.
3 IT IS SO ORDERED.

Dated this 1st day of August, 2009.

                                            RONALD B. LEIGHTON
                                            United States District Court Judge