| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE PETER BECK, a single man, and SANDRA RADCLIFFE-BECK, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE, INC., a Virginia Corporation and subsidiary of Morgan Stanley, SAXON MORTGAGE SERVICES, INC., a Virginia Corporation and subsidiary of Morgan Stanley; JOHN WAGNER ESCROW, an unlicensed business conducting closing and escrow services in Washington; REGIONAL TRUSTEES SERVICES CORPORATION, a Washington Corporation; NORTHWEST LOAN CENTER a Washington Corporation; THE LAW OFFICES OF JOHN WAGNER, P.S, a Washington Corporation; DEUTSCHE BANK TRUST COMPANY AMERICAS (d/b/a DEUTSCHE BANK NATIONAL TRUST COMPANY), a New York Corporation; DEUTSCHE BANK TRUST COMPANY DELAWARE (d/b/a DEUTSCHE BANK NATIONAL TRUST COMPANY), a Delaware Corporation;<br>Defendants. | Case No. C09-5454RBL<br><br>ORDER GRANTING PRELIMINARY INJUNCTION AND SETTING ORAL ARGUMENT ON EXTENSION OF PRELIMINARY INJUNCTION<br><br>ORAL ARGUMENT: August 28, 2009 |

**BASIS**

This matter came before the court on August 14, 2009, on Plaintiffs' Motion for a Temporary Restraining Order [Dkt. #4] filed July 29, 2009. The court heard oral argument of counsel for Plaintiffs. None of the Defendants appeared before the Court. The Court considered the pleadings filed on this action and the following evidence:

1.) Declaration of George Peter Beck in Support of Motion for Preliminary Injunction and Temporary Restraining Order, with attached Exhibits.
2.) Declaration of Deanna Johnson, attorney, in Support of Motion for Preliminary Injunction and Temporary Restraining Order, with attached Exhibits.

Based on the argument of counsel, the evidence presented, and the Affidavits of Service filed under Docket No.s 19, 20, 21, 22, 23, 24, 25, and 26, the Court finds original service was completed upon all Defendants of the Summons, Complaint, Motion for Preliminary Injunction, Declaration of George Peter Beck, Declaration of Deanna Johnson, and the attached Exhibits to each Declaration. Based upon the Affidavits of Service on file under Docket Report numbers 6, 12, 13, and 16 the Court finds service was completed of this Court's Order Staying Foreclosure Sale and Setting Oral Argument on TRO of August 3, 2009, upon Defendants Saxon Mortgage, Inc., Saxon Mortgage Services, Inc., Regional Trustees Services Corporation, John Wagner Escrow, and the Law Office of John R. Wagner:

There exists good reason for enjoining Defendants Saxon Mortgage, Inc., Saxon Mortgage Services, Inc., Regional Trustees Services Corporation, John Wagner Escrow, and the Law Offices of John R.Wagner from proceeding with the foreclosure sale of Plaintiffs' home located at 620 Winlock

Vader Road, Winlock, WA 98596 for the limited period of time from August 14, 2009, until August 28, 2009, and to schedule oral argument on an extension of the preliminary injunction for 9:00AM on August 28, 2009, in B Courtroom before Judge Ronald B. Leighton.

For the reasons set forth above, the Plaintiff's motion is hereby granted.

**ORDER**

Saxon Mortgage, Inc., Saxon Mortgage Services, Inc., Regional Trustees Services Corporation, John Wagner Escrow, and the Law Office of John R. Wagner, P.S., and their officers, agents, servants, employees, and attorneys, and all other persons in active concert and participation with Regional Trustees Services Corporation who received actual notice of this order, are:

1. Enjoined from proceeding with the foreclosure sale on the home located at 620 Winlock Vader Road, Winlock, WA 98596.
2. This order shall go into effect for a limited period of time immediately August 14, 2009, and shall remain in effect until August 28, 2009, or further order of the court.
3. Oral Argument on an Extension of the Preliminary Injunction is scheduled for 9:00AM on August 28, 2009, in B Courtroom before Judge Ronald B. Leighton.

IT IS SO ORDERED.

Dated this 17th day of August, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE