HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE PETER BECK, a single man, and SANDRA RADCLIFFE-BECK, a single woman,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAXON MORTGAGE, INC., a Virginia Corporation and subsidiary of Morgan Stanley, et al.,<br><br>          Defendants. | No. 3:09-cv-05454 RBL<br><br>ORDER |

This matter is before the Court on Plaintiffs' Motion and Declaration to Continue Hearing and for Extension of Preliminary Injunction [Dkt. 53] and Defendant Regional Trustee Services Corporation's Motion to Set Aside Default [Dkt. #58].

On May 27, 2010, the Court Ordered Plaintiffs and Defendant Regional to Show Cause why the above-referenced motions should not be denied without prejudice [Dkt. #68]. Plaintiffs and Defendant Regional have responded to the Order to Show Cause [Dkt. ##72, 73].

Defendant requests that the court find good cause and set aside the Order of Default as to Regional [Dkt. #52]. Defendant has shown good cause and setting aside the default would not prejudice Plaintiffs. Defendant Regional Trustee Services Corporation's Motion to Set Aside Default [Dkt. #58] is GRANTED.

ORDER - 1

Plaintiffs' Motion and Declaration to Continue Hearing and for Extension of Preliminary Injunction [Dkt. #53] is now moot and is therefore DENIED. The STAY is LIFTED, and this case may now proceed on the merits.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2